# Kramer Levin



Robert N. Holtzman

Partner

**T** 212.715.9513

**F** 212.715.8035

rholtzman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036

T 212.715.9100

F 212.715.8000

**January 12, 2021**

<u>Via ECF</u>

Hon. Lorna G. Schofield
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:      *Mercer v. Hapimag Lake Berkley Corporation*, Case No. 1:20-cv-10181-LGS

Dear Judge Schofield:

We represent Defendant Hapimag Lake Berkley Corporation ("Hapimag") in the above-captioned case.

I write in accordance with Section I.B(2) of Your Honor's Individual Rules and Procedures for Civil Cases to request an adjournment of the Initial Conference scheduled before the Court on January 21, 2021 at 11:00 am and all associated deadlines.  We request this adjournment to facilitate settlement discussions in the hope that we may resolve the matter prior to the adjourned conference date.

Plaintiff consents to this request, and no previous requests for an adjournment of the conference have been made.  Thank you for your consideration.

Sincerely,

<u>/s/ Robert N. Holtzman</u>

Robert N. Holtzman

cc:      Counsel of Record (*via ECF*)

The application is GRANTED.  The initial pre-trial conference scheduled for January 21, 2021, at 11:00 a.m., is **adjourned** to **February 4, 2021, at 11:00 a.m.**, on the following conference call line:  888-363-4749 access code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.  The parties are reminded that their proposed case management plan and joint letter are due seven days before the conference, or **January 28, 2021**.  No further extensions will be granted for purposes of settlement discussions absent extraordinary circumstances.

SO ORDERED

Dated:  January 13, 2021
         New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**